DAVID SELTZER, Respondent, *v.* RANDOLPH COWAN, Appellant.

Submitted November 10, 1947; decided November 20, 1947.

*James J. Leff, Philip B. Kurland* and *Richard F. Wolfson* for motion.

*Katherine L. Merrill* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements unless, within fifteen days, all papers required by rule 21 (subd. [b]) of the Rules of the Court of Appeals are filed.